UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Beer,

    Plaintiff,　　　　　　　　　　　　　　　Case No. 11-12736

v.　　　　　　　　　　　　　　　　　　　　　Hon. Nancy G. Edmunds

Commissioner of Social Security,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendant's motion to dismiss [#8] is GRANTED, and Plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

    SO ORDERED.


                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated:  November 22, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 22, 2011, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager